**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

PATRICK SCARRY, individually and on behalf of similarly situated persons,

Plaintiff,

v.

SUMMIT RESTAURANT GROUP, LLC, SUMMIT PIZZA, INC., SUMMIT RESTAURANTS, LLC, SUMMIT INTERESTS, LLC, SUMMIT FARE, LLC, ARKANSAS PIZZA, INC. and SUMMIT PIZZA WEST, LLC.,

Defendants.

Case No: 3:15-cv-1090 WQH-BGS

**ORDER**

**ORDER**

This entire action, as to all parties, and all causes of action, is hereby ordered dismissed with prejudice, all parties to bear their own attorneys' fees and costs.

Dated: February 17, 2017

Hon. William Q. Hayes
United States District Court